Entered on Docket
September 03, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S-09-30588-LBR<br>Chapter 13 |
| FLAVIO SOARES, and<br>JULIETA SOARES, | Hearing Date: N/A<br>Hearing Time: N/A |
| Debtor(s). | |

**EX- PARTE ORDER DISMISSING BANKRUPTCY PROCEEDING**

On or about August 6, 2010, Debtor(s), Flavio & Julieta Soares, by and through their counsel, Aaron & Paternoster, entered into a Stipulation to Convert or Dismiss Case by Date Certain; Order Thereon (the "Stipulation") (See Docket #106) with Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, by and through his counsel, Marianne Gatti, Esq. The Stipulation required the within Debtor(s) to either voluntarily convert their case under Chapter 13 to one under Chapter 7 by August 20, 2010, or to voluntarily dismiss their case by that date.

. . .

The time for the Debtor(s) to either convert or dismiss their case has passed.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtors' failure to either convert or dismiss the instant bankruptcy case by August 20, 2010.

**IT IS SO ORDERED.**

Respectfully Submitted:

_/s/ illegible signature_                                    DATE: 8-31-10

MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Attorney for RICK A. YARNALL
Chapter 13 Bankruptcy Trustee

###

RICK A. YARNALL  
CHAPTER 13 BANKRUPTCY TRUSTEE  
Marianne Gatti, Esq.  
Nevada Bar No. 7717  
701 Bridger Avenue, SUITE 820  
Las Vegas, Nevada 89101  
Telephone: (702) 853-4500  
RAY13mail@LasVegas13.com  

E-filed: 9-1-10

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:

FLAVIO SOARES, and
JULIETA SOARES,

Debtor(s).

BK-S-09-30588-LBR
Chapter 13

Hearing Date: N/A
Hearing Time: N/A

### AFFIDAVIT IN SUPPORT OF EX-PARTE ORDER OF DISMISSAL

County Of Clark       )
                      ) ss:
State of Nevada       )

I, Leah Abeyta, being first duly sworn upon his oath, hereby deposes and says:

1. That I am an employee of Rick A. Yarnall, Chapter 13 Bankruptcy Trustee make this Affidavit of facts from personal knowledge which is known to me except for those matters stated upon information and belief, and as to those matters, I believe same to be true.

2. That I make this Affidavit in support of the Ex-Parte Order of Dismissal.

3. On or about August 6, 2010, a Stipulation To Convert Or Dismiss Case By Date Certain; Order Thereon was entered into between Rick A. Yarnall, Chapter 13 Trustee and Debtors' counsel, requiring the Debtors to either convert or dismiss their chapter 13 bankruptcy case by August 20, 2010.

4. The time to convert or dismiss the instant bankruptcy case has passed.

. . .

5. The Debtors have not converted or dismissed their bankruptcy case.

FURTHER, AFFIANT SAYETH NAUGHT this 1st day of ~~August~~ September, 2010.

_____
LEAH ABEYTA
An employee of RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

SWORN to and SUBSCRIBED before me this 1st day of September, 2010.

_____
NOTARY PUBLIC in and for said County and State



CINDY L. COONS
Notary Public State of Nevada
No. 95-1266-1
My appt. exp. Oct. 31, 2011